

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00278-CV

| | | |
|---|---|---|
| Patricia O'Linda Scott | § | From the 342nd District Court |
| v. | § | of Tarrant County (342-277174-15) |
| | § | |
| Serpro Logistics, Neuse Management, LLC US. 1391104, Miguel Angel Mairena, and Edwin Hernandez | § | October 8, 2015 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM